416 P.2d 380

**Raymond GARCIA, Petitioner,**

**v.**

**James M. SCARBOROUGH, District Judge, Respondent.**

No. 8172.

Supreme Court of New Mexico.

June 27, 1966.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the petition for alternative writ of prohibition be and the same is hereby denied.